# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>MARK A. GREEN et al., )<br>)<br>Defendants. ) | Case No. CR615-001 |

## ORDER

Application for leave of absence has been requested by J. Alvin Leaphart, IV, for the periods of Wednesday, September 9, 2015 through and including Friday, September 11, 2015; Wednesday, September 16, 2015 through and including Friday, September 18, 2015; and Monday, October 12, 2015 through and including Friday, October 16, 2015.

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

**SO ORDERED** this  26th  day of August, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA